```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 21262
    DARRYL D MCGEE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-7187


------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 05/26/2005 and was confirmed 07/14/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  34.03% from remaining funds.

    The case was paid in full 07/28/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------
DELL FINANCIAL SERVICES    SECURED            200.00          .00          200.00
DELL FINANCIAL SERVICES    UNSECURED      NOT FILED           .00             .00
CONSUMER PORTFOLIO SERV    UNSECURED OTH  18331.19            .00         6238.84
CONSUMER PORTFOLIO         NOTICE ONLY    NOT FILED           .00             .00
PREMIER BANCARD CHARTER    UNSECURED OTH    405.21            .00          137.96
ECAST SETTLEMENT CORP      UNSECURED OTH    758.72            .00          257.49
HOUSEHOLD                  NOTICE ONLY    NOT FILED           .00             .00
T-MOBILE BANKRUPTCY        UNSECURED        382.55            .00          130.17
ZALUTSKY & PINSKI LTD      REIMBURSEMENT    194.00            .00          194.00
FIRST SAVINGS CREDIT CAR   UNSECURED OTH    949.24            .00          322.15
ZALUTSKY & PINSKI LTD      DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN                 TRUSTEE                                          619.39
DEBTOR REFUND              REFUND                                           470.00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                   RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      11,270.00

PRIORITY                                        194.00
SECURED                                         200.00
UNSECURED                                     7,086.61
ADMINISTRATIVE                                2,700.00
TRUSTEE COMPENSATION                            619.39
DEBTOR REFUND                                   470.00
                         ---------------    ---------------
TOTALS                       11,270.00         11,270.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 21262 DARRYL D MCGEE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/29/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

 

PAGE   2
CASE NO. 05 B 21262 DARRYL D MCGEE